.

SHAYLA ROSHANDA BROOKS
5671 BEECHWOOD DRIVE
JACKSON, MS 39206

KEESLER FCU
ATTN: BANKRUPTCY
2602 PASS RD
BILOXI, MS 39531

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
23RD FLOOR
SAN FRANCISCO, CA 94111

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MARINER FINANCE, LLC
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

XFINITY/COMCAST
600 GALLERIA PKWY SE
ATLANTA, GA 30339

ADVANCE AMERICA
750 SHIPYARD DR
STE 30
WILMINGTON, DE 19801

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

MERCURY/FBT
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

NAVIENT
ATTN: BANKRUPTCY
PO BOX 9635
WILKES BARRE, PA 18773

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

ORTHOFI
900 S BROADWAY
STE 100
DENVER, CO 80209

COMENITYCAPITAL/ULTA
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

RIVER OAKS
P.O. BOX 11439
BELFAST, ME 04915

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

SHELTER INSURANCE
PO BOX 6008
COLUMBIA, MO 65205

HILL LAW FIRM
P.O. BOX 150529
NASHVILLE, TN 37215

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896