United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01017-JAW
Shayla Roshanda Brooks Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Apr 23, 2025    Form ID: hn006jaw    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shayla Roshanda Brooks, 5671 Beechwood Drive, Jackson, MS 39206-2708 |
| 5500745 | + | Advance America, 750 Shipyard Dr, STe 30, Wilmington, DE 19801-5161 |
| 5500751 | + | Hill Law FIrm, P.O. Box 150529, Nashville, TN 37215-0529 |
| 5500757 | + | OrthoFI, 900 S Broadway, Ste 100, Denver, CO 80209-4269 |
| 5500758 | + | River Oaks, P.O. Box 11439, Belfast, ME 04915-4005 |
| 5500759 | + | Shelter Insurance, PO Box 6008, Columbia, MO 65205-6008 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5500746 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 23 2025 19:54:17 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5500747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 19:54:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5500748 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2025 19:50:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5500749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2025 19:50:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5500750 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 19:54:13 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5500752 | + | Email/Text: melissa.martin@kfcu.org | Apr 23 2025 19:50:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5500754 | | Email/Text: cdavenport@lawmemphis.com | Apr 23 2025 19:50:10 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5500753 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 23 2025 19:50:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5500755 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 23 2025 19:50:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5500756 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 23 2025 19:54:09 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5500760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 19:54:16 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5500761 | | Email/Text: bknotice@upgrade.com | Apr 23 2025 19:50:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5500762 | + | Email/Text: documentfiling@lciinc.com | Apr 23 2025 19:49:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 23, 2025 | Form ID: hn006jaw | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shayla Roshanda Brooks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn006jaw (07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Shayla Roshanda Brooks

            DEBTOR.

CASE NO. 25−01017−JAW

CHAPTER 7

**NOTICE OF HEARING AND DEADLINES**

    The Debtor has filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #9) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") on May 19, 2025, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before May 13, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a Hearing.

Dated: 4/23/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX